# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In the Matter of:          In Bankruptcy:

**RIMA S. WARRA**          Case No. 18-45196-mbm
         Chapter 7
         Hon. Marci B. McIvor

    Debtor

## ORDER FOR EXAMINATION UNDER FED. R. BANKR. P. 2004

**THIS MATTER** having come before the court upon motion of Wendy Turner Lewis, Trustee, notice of the motion having been served on the Debtors, no response having been timely filed nor served and the Court being otherwise duly advised,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. Within fourteen (14) days of entry of this Order, the Debtor shall account for the disposition of the following transactions:

a. The following transfers from Debtor's PayPal account paid to a "card" account:

| | |
|---|---|
| March 21, 2018 | $2,315.91 |
| November 25, 2017 | $4,033.08 |
| November 27, 2017 | $1,017.46 |
| January 3, 2018 | $1,071.64 |
| January 23, 2018 | $1,049.46 |
| February 2, 2018: | $3,641.38 |
| February 5, 2018 | Three withdrawals of $2,016.90 |

b. The following withdrawals from Debtor's Citizens Bank account:

| | |
|---|---|
| January 11, 2017 | $2,000.00 |
| February 23, 2017 | $1,500.00 |

| | |
|---|---|
| March 1, 2017 | $1,280.00 |
| June 23, 2017 | $3,000.00 |
| July 10 ,2017 | $3,000.00 |
| August 7, 2017 | $3,500.00 |
| August 14, 2017 | $3,000.00 |
| August 28, 2017 | $2,000.00 |
| September 29, 2017 | $2,000.00 |
| October 12, 2017 | $3,300.00 |
| November 20, 2017 | $2,000.00 |
| November 21, 2017 | $2,000.00 |

**Signed on June 28, 2019**



/s/ Marci B. McIvor
Marci B. McIvor
United States Bankruptcy Judge